**AFFIDAVIT OF WITNESS**

**State of Maryland**
**County of Allegany**

I, **Shannon Robison**, being duly sworn, state under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am currently employed as a Deputy Sheriff with the Allegany County Sheriff's Office in Maryland.
2. I personally know Ronald Dale Ritchie II, the Plaintiff in the federal civil rights case *Ritchie v. Detrick et al.*, Case No. 1:26-cv-00182-MJM, pending in the United States District Court for the District of Maryland.
3. I was subpoenaed as a defense witness in Mr. Ritchie's criminal trial in the Circuit Court for Allegany County, Maryland.
4. I appeared at the courthouse in response to that subpoena and was prepared to testify on Mr. Ritchie's behalf.
5. During jury selection, I Shannon Robison was informed that if I testified in the case I could face criminal charges related to steroids.
6. Because of these threats, I feared that I could be prosecuted if I testified.
7. As a result of these threats, I left the courthouse and did not testify at Mr. Ritchie's trial.
8. On the morning of the trial, I was again informed by George Mckinley that I could face criminal charges if I testified.
9. After leaving the courthouse, before the trial I was contacted by Undersheriff Dave Morgan, who stated words to the effect of:
   "I told you they were going to charge you if you testified."
10. Because of these threats, I did not testify in Mr. Ritchie's trial despite having been subpoenaed.
11. My testimony would have related to matters concerning the surveillance device charge against Mr. Ritchie.
12. I make this affidavit voluntarily and without coercion. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 22 day of 26, *20*, in Allegany County, Maryland.

FURTHER AFFIANT SAYETH NOT.

**Shannon Robison**
Deputy Sheriff
Allegany County Sheriff's Office

**NOTARY PUBLIC**

Subscribed and sworn to (or affirmed) before me this 21 day of 26, *20*, by Shannon Robison, who is personally known to me or has produced proper identification.

Gary Hanna

Notary Public

My Commission Expires: 11/15/28