# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| Ronald Dale Ritchie II<br>*Plaintiff(s)*<br>v.<br>Allegany County, Maryland<br>*Defendant(s)* | Civil Action No. 1:26-cv-00182-MJM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Allegany County, Maryland
701 Kelly road suite 406
Cumberland MD 21502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald Dale Ritchie II
12725 Valley View Ave
Cumberland MD 21502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/23/26

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26 CV 00182 MJM

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Allegany County, Maryland
was received by me on *(date)* 05/12/2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Madison Taylor, Legal Secy. County Attorney's Office , who is designated by law to accept service of process on behalf of *(name of organization)* County Attorney for Allegany County, Maryland at 10:33 a.m. on *(date)* 05/18/2026 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ 75.00 for travel and $ 0.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 05/20/2026

[signature]
*Server's signature*

Shawn Griffin, Professional Process Server
*Printed name and title*

Griffin On the Go, LLC
168 W. Main Street #79
New Market, MD 21774
*Server's address*

Additional information regarding attempted service, etc: