**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RONALD DALE RITCHIE, II, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:26-cv-00182-MJM |
| KAREN DETRICK, *et al*., | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

**ENTRY OF APPEARANCE**

Dear Mr./Mrs. Clerk:

Kindly enter the appearance of Bently C. Green, Jr. and Karpinski, Cornbrooks & Karp, P.A., as counsel for Allegany County, Maryland, one of the Defendants.

Respectfully submitted,

Karpinski, Cornbrooks & Karp, P.A.

By: /s/ Bently C. Green, Jr.

Bently C. Green, Jr.
Federal Bar No. 31006
BGreen@bkcklaw.com
120 East Baltimore Street, Suite 1850
Baltimore, Maryland 21202-1617
Telephone: 410-727-5000
Facsimile: 410-727-0861
*Counsel for Defendant,*
*Allegany County, Maryland*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September 2026, a copy of the foregoing was filed electronically, with notice to:

Wendy L. Shiff
Federal Bar No. 09076
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
wshiff@oag.maryland.gov
*Counsel for Defendant Karen Detrick*

Emily Green Hull
Federal Bar No. 31074
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
egreenhull@oag.maryland.gov
*Counsel for Defendants Dave Morgan and the*
*Allegany County Sheriff's Office*

And mailed on September 2, 2026, first-class postage prepaid, to:

Ronald Dale Ritchie
12725 Valley View Avenue
Cumberland, Maryland 21502
*Pro Se Plaintiff*

/s/ Bently C. Green, Jr.
*Counsel for Defendant,*
*Allegany County, Maryland*