**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RONALD DALE RITCHIE, II, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:26-cv-00182-MJM |
| KAREN DETRICK, *et al*., | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

**ALLEGANY COUNTY, MARYLAND'S MOTION TO DISMISS**

Allegany County, Maryland, one of the Defendants, by Karpinski, Cornbrooks & Karp, P.A., Kevin B. Karpinski, and Bently C. Green, Jr., its attorneys, pursuant to Local Rule 105 and Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully requests this Honorable Court dismiss the Complaint in its entirety for failure to state a claim upon which relief may be granted. Grounds for the requested relief are set forth in the accompanying Memorandum of Law attached hereto, incorporated herein, and filed contemporaneously herewith.

Respectfully submitted,

Karpinski, Cornbrooks & Karp, P.A.

By: /s/ Kevin B. Karpinski
Kevin B. Karpinski
Federal Bar No. 11849
Kevin@bkcklaw.com

By: /s/ Bently C. Green, Jr.
Bently C. Green, Jr.
Federal Bar No. 31006
BGreen@bkcklaw.com
120 East Baltimore Street, Suite 1850
Baltimore, Maryland 21202-1617
Telephone: 410-727-5000
Facsimile: 410-727-0861
*Counsel for Defendant,*
*Allegany County, Maryland*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September 2026, a copy of the foregoing was filed electronically, with notice to:

Wendy L. Shiff
Federal Bar No. 09076
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
wshiff@oag.maryland.gov
*Counsel for Defendant Karen Detrick*

Emily Green Hull
Federal Bar No. 31074
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
egreenhull@oag.maryland.gov
*Counsel for Defendants Dave Morgan and the*
*Allegany County Sheriff's Office*

And mailed on September 2, 2026, first-class postage prepaid, to:

Ronald Dale Ritchie
12725 Valley View Avenue
Cumberland, Maryland 21502
*Pro Se Plaintiff*

/s/ Bently C. Green, Jr.
*Counsel for Defendant,*
*Allegany County, Maryland*