**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RONALD DALE RITCHIE, II, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:26-cv-00182-MJM |
| KAREN DETRICK, *et al*., | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

**ORDER**

Upon consideration of Defendant Allegany County, Maryland's Motion to Dismiss, and any opposition thereto, on this _______ day of ________________ 202___, it is hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that the Complaint is **DISMISSED WITH PREJUDICE**.

________________________________________
The Honorable Matthew J. Maddox
United States District Judge