**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RONALD DALE RITCHIE, II, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:26-cv-00182-MJM |
| KAREN DETRICK, *et al.*, | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

**ALLEGANY COUNTY, MARYLAND'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT *NUNC PRO TUNC***

Allegany County, Maryland (hereinafter the "County"), one of the Defendants, by Karpinski, Cornbrooks & Karp, P.A., Kevin B. Karpinski, and Bently C. Green, Jr., its attorneys, and pursuant to Fed. R. Civ. P. 6(b)(1)(B) and Local Rule 105, respectfully requests that this Honorable Court extend the time within which the County must respond to Plaintiff's Complaint, *nunc pro tunc*, up to and including September 1, 2026, and states as follows:

1. Plaintiff filed his Complaint on January 16, 2026. ECF 1. He names as defendants Karen Detrick, Assistant State's Attorney for Allegany County, Dave Morgan, Undersheriff of Allegany County, the Allegany County Sheriff's Office, and the County.

2. The County was served on May 18, 2026, through the Allegany County Attorney's Office. ECF 13-3. Its response to the Complaint was due on June 8, 2026.

3. Following service, the Complaint was forwarded to the Office of the Attorney General of Maryland, since ASA Detrick and Major Morgan are State personnel whom the County does not employ.[1]

[1] That the County does not employ the State's Attorney or the Sheriff's Office is set forth in the County's motion to dismiss, filed simultaneously with this motion.

4. No response to the tender came back, and the County was left uncertain whether the State or its own counsel would be responding to the Complaint. That uncertainty is why no response was filed by June 8.

5. Undersigned counsel was forwarded the Complaint on the afternoon of August 28, 2026, and promptly undertook the County's representation.

6. Rule 6(b)(1)(B) permits the Court, on motion made after the time to act has expired, to extend a deadline where the party failed to act because of excusable neglect.

7. The County respectfully requests an extension of time, *nunc pro tunc*, up to and including September 1, 2026, to respond to Plaintiff's Complaint.

8. The County is not a proper defendant in this action, for the reasons set forth in its motion to dismiss, filed simultaneously with this motion.

9. No party will be prejudiced should the requested relief be granted. The remaining defendants completed briefing on their motion to dismiss on July 24, 2026. ECF 14, 17, 20. The Court has not ruled on that motion.

10. Plaintiff is self-represented. Undersigned counsel has not sought Plaintiff's consent to this request in order to avoid further delay in filing the County's response.

11. This request for relief is not made for vexatious or contumacious purposes.

WHEREFORE, Defendant Allegany County, Maryland respectfully requests that this Honorable Court extend its deadline to respond to Plaintiff's Complaint, *nunc pro tunc*, up to and including September 1, 2026, and grant any such other relief as the cause may demand.

Respectfully submitted,

Karpinski, Cornbrooks & Karp, P.A.

By: /s/ Kevin B. Karpinski
Kevin B. Karpinski
Federal Bar No. 11849
Kevin@bkcklaw.com

By: /s/ Bently C. Green, Jr.
Bently C. Green, Jr.
Federal Bar No. 31006
BGreen@bkcklaw.com
120 East Baltimore Street, Suite 1850
Baltimore, Maryland 21202-1617
Telephone: 410-727-5000
Facsimile: 410-727-0861
*Counsel for Defendant,*
*Allegany County, Maryland*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September 2026, a copy of the foregoing was filed electronically, with notice to:

Wendy L. Shiff
Federal Bar No. 09076
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
wshiff@oag.maryland.gov
*Counsel for Defendant Karen Detrick*

Emily Green Hull
Federal Bar No. 31074
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
egreenhull@oag.maryland.gov
*Counsel for Defendants Dave Morgan and the Allegany County Sheriff's Office*

And mailed on September 2, 2026, first-class postage prepaid, to:

Ronald Dale Ritchie
12725 Valley View Avenue
Cumberland, Maryland 21502
*Pro Se Plaintiff*

/s/ Bently C. Green, Jr.
*Counsel for Defendant,*
*Allegany County, Maryland*