**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RONALD DALE RITCHIE, II, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:26-cv-00182-MJM |
| KAREN DETRICK, *et al.*, | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

**ORDER**

Upon consideration of Defendant Allegany County, Maryland's Motion to Extend Time to Respond to Complaint *Nunc Pro Tunc*, and any opposition thereto, on this _______ day of _____ ____________ 202___, it is hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that the deadline for Defendant Allegany County to respond to the Complaint is extended *nunc pro tunc* to September 1, 2026, and the Motion to Dismiss filed on September 1, 2026, is accepted.

______________________________
The Honorable Matthew J. Maddox
United States District Judge